IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEVIN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-022 |
| | ) | |
| WARDEN NATHAN BROOKS; DEPUTY WARDEN BEASLEY; DEPUTY WARDEN McCLOUD; DEPUTY WARDEN KEITH; CAPTAIN THOMAS; DEPUTY SPIRES; NURSE MURRY; MRS. FISH; DEPUTY WARDEN WICKER; LIEUTENANT SYATHS; MRS. WILCOX; MRS. RICKS; MRS. STEWART; MRS. CLARK; TELFAIR STATE PRISON; OFFICER D. SMITH; MAIL SUPERVISOR UNKNOWN; MR. LYNN; and MRS. WHITT, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 13th day of May, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE